United States Court of Appeals
Fifth Circuit

**F I L E D**
November 30, 2005

Charles R. Fulbruge III
Clerk

REVISED DECEMBER 1, 2005

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 03-50057
_____


UNITED STATES OF AMERICA

          Plaintiff - Appellee

       v.

HORACE EDWARD HOLLIS, JR

         Defendant - Appellant


----------------------
Appeal from the United States District Court for the
Western District of Texas, Waco
W-02-CR-62-ALL
---------------------

Before HIGGINBOTHAM, WIENER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

IT IS ORDERED that Appellee's unopposed motion to vacate the sentence is GRANTED.

IT IS FURTHER ORDERED that Appellee's unopposed motion to remand case for resentencing consistent with *Mitchell v. United States,* 482 F.2d 289 (5th Cir. 1973) is GRANTED.

IT IS FURTHER ORDERED that Appellee's unopposed motion to

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

extend the time to file supplemental material requested by court

fourteen (14) days from disposition of motion to vacate is DENIED AS MOOT.